# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DREW & NICOLE BARNABEI, h/w, AND** | : | **CIVIL ACTION** |
| **STONEBRIDGE HISTORICAL SOCIETY,** | : | |
| | : | |
| **v** | : | |
| | : | |
| **CHADDS FORD TOWNSHIP** | : | **NO. 15-0046** |

## ORDER

**AND NOW,** this 24th day of August, 2015, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF Document 4), and Plaintiff's Response in opposition thereto (Doc. 5), and having held oral argument on June 23, 2015, it is hereby **ORDERED** that Defendant's Motion (Doc. 4) is **GRANTED**; Plaintiff's Complaint is **DISMISSED** without prejudice and the Clerk shall mark this case as **CLOSED** for statistical purposes.

/s/ L. Felipe Restrepo

_____
L. Felipe Restrepo,              J.
U.S. District Court